Samuel Booksin, Appellant, v. Robert J. Robinson, Respondent. — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Arthur C. Brady, Respondent, v. Maxwell-Briscoe Motor Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Hooker and Rich, JJ.

Joseph Canepi, Jr., Respondent, v. Fred E. Gross, Appellant. — Judgment of the City Court of Yonkers affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John W. Daly, Respondent, v. Paul F. Reineldt and Margaretha Reineldt, Appellants, Impleaded with Others, Defendants. — Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker and Rich, JJ., concurred.

Joseph T. Downing, Respondent, v. New York City Railway Company, Appellant. — Judgment of the Municipal Court affirmed on consent, in open court, with costs. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Arthur C. Eckhardt, Respondent, v. New York City Railway Company, Appellant. — Judgment of the Municipal Court affirmed on consent, in open court, with costs. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

George E. Gilmartin, Respondent, v. Andrew B. Buchanan and Jennie Buchanan, Appellants. — Order unanimously affirmed, with costs. No opinion Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Mary E. Gilroy, as Administratrix, etc., of Annie B. Gilroy, Deceased, Appellant, v. Andrew Mullen, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Gaynor and Rich, JJ., concurred; Hirschberg, P. J., and Hooker, J., dissented.

Alexander J. Hamrah and Peter J. Hamrah, Respondents, v. N. N. Maloof & Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Charles Hart, Appellant, v. The City of New York, Respondent. — Judgment modified by striking out the words "on the merits," and as modified unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Gottfried Hofacker, Respondent, v. Victorine Hofacker, Appellant. — Judgment affirmed by default, with costs. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Virginia G. Horton, Appellant, v. John E. Andrus and Others, as Commissioners, etc., for the Purpose of Providing a Sanitary Trunk Sewer in the Bronx River Valley, etc., Through the City of Yonkers to the Hudson River, and Joseph B. See, as Treasurer of the County of Westchester, etc., Respondents. — Order affirmed, with ten dollars costs and disbursements. We do not determine the merits. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.